# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

WALTER SZYMANSKI

Plaintiff

vs.

SANOFI US

Defendant

Civil Action No.    3:23-cv-1669

**COMPLAINT**

**Jury Trial Demanded**

PLAINTIFF, WALTER SZYMANSKI, residing at 87 Tuella Ave., Elmwood Park, NJ 07407, by way of Complaint against the above-named Defendant, says as follows:

## THE PARTIES, VENUE, AND JURISDICTION

1. Plaintiff, WALTER SZYMANSKI, (hereinafter "Szymanski" or "Plaintiff" was an employee of Defendant Sanofi US who was hired in August of 2016. His most recent job title was "Head, Fixed Asset Accounting." He is a 40 year old male and an observant Christian. He has sincerely held religious beliefs against vaccination and/or immunization which are integral to his comprehensive belief system concerning deep and imponderable matters wherein he prays for the guidance and blessing of God with respect to all decisions concerning the care for the body He gave him, and which must be returned to

~ 1 ~

God upon his death in the state in which God intended, as he believes that God created him in His perfect image, and that his body is a Temple of the Holy Spirit. Observance of his faith therefore demands that he must maintain the sanctity of his body against the desecration, invasion and/or alteration thereof, which includes being compelled to undergo any unwanted medical procedure or receive a vaccine, injection or immunization which would introduce substances or insert items into his body that he believes to be unholy, or otherwise would alter it or any part thereof from the state as created by God. He believes that life is sacred, begins at conception, that God did not make any mistakes when He created any life on Earth, and that humanity substituting its own judgment for God's on matters of God's Creation is blasphemy.

2. Plaintiff therefore has a faith-based objection to all vaccines and immunizations, generally, as well as to the use of aborted fetal cell lines, genetically modified and/or artificially preserved or "immortalized" human cell lines, adenoviral vector technology, mRNA genetic modification or "gene therapy technology, spike protein technology, and the use of animal and/or insect genetic material in the process of developing vaccines and/or immunizing agents, regardless of whether they are actual ingredients or components in the products themselves, as anathema to his beliefs in the holiness and perfection of God's Creation and divine providence, and considers using any product produced with those elements, methods and functionality to be a sin. [1]

---

[1] Plaintiff cites to the Bible verses and religious texts 1 Corinthians 3:16-17, 1 Corinthians 6:19-20, Genesis 1:24 and 1:28, Exodus 15:26 and 20:13, Leviticus 5:2, Numbers 6:24-26, Deuteronomy 32:39, Psalm 139:13-16, Jeremiah 1:4-5, Psalm 103:3-5, Psalm 127:3-5, Matthew 6:24, Luke 16:13, Proverbs 6:16-19, John 3:16, Romans 14:5 and 14:12, Psalm 22:10, Psalm 106:37-38 and Revelation 18:23 as representative of his underlying religious beliefs relevant to this action that conflicted with his former employer's vaccine mandate.

3.   Defendant, Sanofi US, with a place of business at 55 Corporate Drive, Bridgewater, NJ 08807, holds itself out to the public as a global pharmaceutical producer. It is responsible for Plaintiff's damages claimed herein.

4.   This Court has subject matter jurisdiction over Plaintiff's claims arising out of the Civil Rights Act pursuant to 28 U.S.C. §1331, and has jurisdiction over Plaintiff's claims arising under New Jersey State Law pursuant to 28 U.S.C. § 1367.

5.   Venue is proper in the United State District Court, District of New Jersey by virtue of the location of all parties and where the events upon which Plaintiff's claims arise took place.

## ALLEGATIONS OF FACT

6.   On November 12, 2021, Defendant announced its mandate that its employees become vaccinated for COVID-19 as a condition of their continued employment. Defendant invited employees who objected to being vaccinated for COVID-19 to submit requests for an accommodation to its Human Resources department.

7.   On or about November 15, 2021, Plaintiff advised Defendant that he required an accommodation from said requirement due to his sincerely held religious beliefs.

8.   Thereafter, Defendant forwarded an electronic form to Plaintiff which asked him to answer eight (8) questions seeking to harvest sensitive personal and private information from him concerning his religious beliefs, and included a question about what "verification" Plaintiff would be able to provide from a "third person" in support of his request. It also asks Plaintiff to describe the accommodation he requested and any alternative accommodations, and asked him how he could continue to perform the essential functions of his position with each of the proposed accommodations. Despite

~ 3 ~

the invasive and inquisitional nature of this questionnaire, Plaintiff nonetheless provided substantive responses in good faith on November 15, 2021. *See attached.*

9.  It would thereafter become evident to Plaintiff that Defendant's "accommodation review process" was essentially a sham. On December 14, 2021, he received the enclosed correspondence via email from "The Sanofi US Employee Relations Team" alleging that his request is denied due to alleged "undue hardship," which is not adequately identified or quantified. This correspondence invited Plaintiff to "appeal" Defendant's decision.

10. Plaintiff thereafter submitted a written appeal of said denial on December 15, 2021 as directed by Defendant, setting forth his position that Defendant had not demonstrated "undue hardship" in its denial of his request, questioned the propriety of said denial, and asked that his request be reconsidered. Plaintiff pointed out that he continued to work throughout the COVID-19 pandemic without any incident or risk to others and performed all aspects of his job responsibilities to Defendant's satisfaction. In response, Defendant sent the enclosed correspondence to Plaintiff denying his appeal on January 6, 2022.

11. Thereafter, Plaintiff received the enclosed correspondence from Defendant, signed by Axel Risse, dated February 25, 2022, which advised his employment was terminated effective that day "due to failure to comply with the Company's Covid-19 vaccine mandate. . ."

12. Instead of discharging their obligations under law with respect to Plaintiff's request to engage in an interactive process, Defendants instead retaliated against Plaintiff for expressing a religious belief against its mandates by terminating his employment.

13. Upon information and belief, Defendant treated Plaintiff differently from other individuals who requested accommodations from its COVID-19 vaccination requirements

~ 4 ~

based upon their sincerely-held religious beliefs, and it permitted others to continue working unvaccinated despite its claims that unvaccinated individuals would be barred from entering any of its premises.

14. As a result of Defendants' discriminatory and retaliatory actions, Plaintiff has been damaged financially, and has suffered emotional distress.

15. Plaintiff submitted a Charge of Discrimination to the EEOC on December 23, 2022, alleging that Defendant violated Title VII of the Civil Rights Act of 1964. Thereafter, the EEOC immediately issued a Notice of Right to Sue on December 23, 2022. The instant action is commenced within the applicable time period stated on said Notice.

## COUNT ONE – VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

16. Plaintiff repeats and re-alleges all previous allegations of the Complaint as if fully set forth herein.

17. Plaintiff has sincerely held religious beliefs contravening his use of all vaccines and immunizations which are integral to his comprehensive religious belief system which concerns deep and imponderable matters, and that Plaintiff communicated the nature of those beliefs to Defendant, placing Defendant on notice that he required a religious accommodation from its conflicting requirement that he utilize a COVID-19 vaccine product in accordance with law.[2]

---

[2] *See* EEOC v. Abercrombie & Fitch Stores, 575 U.S. 768 (2015): HELD: There is no requirement that an employee actually submit a formalized request for a religious accommodation in order to avail themselves of the protection of Title VII of the Civil Rights Act of 1964.

~ 5 ~

18. On information and belief, Defendant could have accommodated Plaintiff's religious accommodation requests without even "de minimis" undue hardship to its business operations as evidenced by the fact that it permitted him to continue working for an extended period of time following its denial of his accommodation request.

19. Defendant treated Plaintiff differently from its other employees based upon the nature of his religious beliefs, its refusal to even make a basic effort to understand them, and/or its outright rejection of same, deeming them unworthy of consideration, ultimately terminating his employment on the basis of his religion.

20. The above-described actions of Defendant constitute unlawful employment discrimination against Plaintiff based upon his sincerely-held religious beliefs including, but not limited to, Defendant's failure to engage in a proper "interactive process" with Plaintiff with respect to his religious accommodation request, repeatedly pressuring Plaintiff into abandoning his religious beliefs by receiving a vaccine which is forbidden by his religious beliefs as a condition of keeping his job and income, and subjecting Plaintiff to a hostile work environment causing him to feel his worth as an employee and human being was denigrated and marginalized as a result of his having expressed a sincerely held religious belief against vaccination, and ultimately, terminating his employment, apparently in retaliation for having made the accommodation request, whereas Defendant had apparently accommodated other employees' requests for religious exemptions from its COVID-19 vaccination policies, thus treating Plaintiff differently than those employees, constitute unlawful employment discrimination against Plaintiff on the basis of his religion in contravention of 42 U.S.C. § 2000e *et seq*, commonly known as Title VII of the Civil Rights Act of 1964, in violation of Plaintiff's

~ 6 ~

civil rights, under the legal theories of "failure to accommodate," "quid pro quo," "disparate treatment," and "retaliation."

21. Plaintiff has complied with the requirements of law to obtain a Notice of Right to Sue from the EEOC in order to assert a private cause of action under that Act, and the instant action was commenced within the applicable time period to do so.

22. As a direct and proximate result of the above-described actions of the Defendant, Plaintiff has been damaged.

WHEREFORE Plaintiff demands judgment against Defendant for an award of compensatory, statutory, exemplary and/or punitive monetary damages in an amount to be determined at time of trial, together with an award of his counsel fees, pre-judgment interest accruing to the date of entry of judgment, costs of suit, and such other relief the Court deems equitable and just.

## COUNT TWO – VIOLATION OF THE NEW JERSEY LAW AGAINST DISCRIMINATION N.J.S.A. 10:5-1 *Et. Seq.*

23. Plaintiff repeats and re-alleges all previous allegations of the Complaint as if fully set forth herein.

24. The actions of Defendant as described above in failing to consider Plaintiff's religious accommodation request in good faith and in accordance with law via the absence of a required "interactive process," their allegations of the existence of "undue hardship" as the sole reason for denying his accommodation request without providing any factual

~ 7 ~

support demonstrating the actual existence of same[3], their attempts to intimidate, bully and/or coerce him into partaking in the use of a product which his religious beliefs forbid him to use under threat of termination, and their subsequent actions in terminating his employment in retaliation for his having made the request constitute violations of the New Jersey Law Against Discrimination ("LAD"), N.J.S.A. 10:5-1 *et seq.*

25. As a direct and proximate result of the above-described actions of the Defendants, Plaintiff has been damaged.

WHEREFORE Plaintiff demands judgment against Defendant for an award of compensatory, statutory, exemplary and/or punitive monetary damages in an amount to be determined at time of trial, together with an award of his counsel fees, pre-judgment interest accruing to the date of entry of judgment, costs of suit, and such other relief the Court deems equitable and just.

## COUNT THREE – WRONGFUL TERMINATION

26. Plaintiff repeats and re-alleges all previous allegations of the Complaint as if fully set forth herein.

27. The above-described actions of the Defendants resulted in the wrongful termination of his employment at common law.

28. As a direct and proximate result of the above-described actions of the Defendants, Plaintiff has been damaged.

---

[3] On August 22, 2022, the CDC promulgated guidance eliminating distinctions between vaccinated and unvaccinated individuals, and recommended against requiring COVID-19 testing for asymptomatic individuals. https://www.cdc.gov/media/releases/2022/p0811-covid-guidance.html

WHEREFORE Plaintiff demands judgment against Defendant for an award of compensatory, statutory, exemplary and/or punitive monetary damages in an amount to be determined at time of trial, together with an award of his counsel fees, pre-judgment interest accruing to the date of entry of judgment, costs of suit, and such other relief the Court deems equitable and just.

Date: March 23, 2023

Respectfully submitted,

/s/ Daryl Kipnis (SBN 023812006)
daryl@kipnislawoffices.com
KIPNIS LAW OFFICES
280 Medford-Mt. Holly Rd.
Medford, NJ 08055
Telephone: (732) 595-5298
Fax: (732) 412-7925
Attorney for Plaintiff

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands trial by jury on all issues so triable pursuant to FRCP 38

Date: March 23, 2023

Respectfully submitted,

/s/ Daryl Kipnis (SBN 023812006)
daryl@kipnislawoffices.com
KIPNIS LAW OFFICES
280 Medford-Mt. Holly Rd.
Medford, NJ 08055
Telephone: (732) 595-5298
Fax: (732) 412-7925
Attorney for Plaintiff

~ 9 ~

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

New Jersey Division on Civil Rights

State or local Agency, if any

and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Walter Szymanski | 201 694 5989 | ████ /1982 |

| Street Address | City, State and ZIP Code |
|---|---|
| 87 Tuella Ave., Elmwood Park, NJ 07407 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Sanofi US | 2000+ | 908-981-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| Sanofi Building D, Corporate Drive, Bridgewater, NJ 08807 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☐ RACE | ☐ COLOR | ☐ SEX | ☒ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ OTHER (Specify below.) | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 12/14/2021 | 02/25/2022 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On February 25, 2022, I was terminated from my employment with Sanofi US in the capacity of Head, Fixed Asset Accounting after they wrongfully denied my request for a religious accommodation from its requirement that I be vaccinated for COVID-19, based on the fact that all available COVID-19 vaccine products were produced and/or developed with elements, methods and functionality that contravene my sincerely held Christian religious beliefs. Rather than engage in a proper "interactive process" with me following the submission of my request on November 15, 2021, they instead put me through a sham "review process" wherein they attempted to harvest sensitive personal information from me with no intention of even considering my request, which they denied on December 14, 2021. It is my understanding that the company gave religious accommodations to other employees who perform similar work functions to myself and I believe that I was unfairly discriminated against. There are no circumstances which would have prevented me from performing all functions of my job without being vaccinated. I had worked for the company since August 2016 Attached hereto are copies of my request, the denial letter, and the letter advising of my termination. I believe my rights under Title VII of the Civil Rights Act of 1964 were violated by the company.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

| 10/23/2022 | Walter Szymanski | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
|---|---|---|
| Date | Charging Party Signature | (month, day, year) |

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

NJ Division on Civil Rights                                                                 and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 10/23/2022          Walter Szymanski | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |



**RELIGIOUS ACCOMMODATION REQUEST – COVID-19 VACCINE EXEMPTION**

| | |
|---|---|
| Name: Walter Szymanski | Manager: Axel Risse |
| Position/Title: Head Fixed Asset Accounting | Email: walter.szymanski@sanofi.com |
| Phone Number: +1 201 694 5989 | Workday ID: W50008372 |
| Assigned Work Location: Bridgewater | State of Residence: NJ |

Completing this form will assist Sanofi US* in evaluating your request to be exempted from Sanofi US's requirement that you be vaccinated against COVID-19 based on a sincerely religious belief, observance or practice. Sanofi US may seek further information as part of its interactive process to determine whether a reasonable accommodation can be made without undue hardship. Although Sanofi US will consider any specific type of accommodation you propose, you may be offered an alternative accommodation to eliminate the conflict between your practice, observance or belief and Sanofi US's vaccination requirement. Additionally, Sanofi US may determine it is not able to provide any reasonable accommodation. Sanofi US's ability to provide a reasonable accommodation will take into account various considerations, including legal compliance, safety and health, security requirements, the potential negative impact on Sanofi US's operations, impact on other employees and/or health care providers and customers, as well as cost and limitations on Sanofi US's resources. Sanofi US's ability to provide a reasonable accommodation may change over time depending on changes to these various factors and other business considerations and Sanofi US therefore reserves the right to reconsider any granted accommodation as circumstances change.

**Please note the following:**

- **You must submit this form to Employee Relations (employee.relations@sanofi.com) within THREE (3) BUSINESS DAYS of receipt. Absent exceptional, unforeseen circumstances, late-submitted requests will not be reviewed and will be denied.**

- **You must use this form and your own words in order to submit a request. Your explanation should include enough detail that Sanofi US can discern the religious belief, observance or practice that is the basis of your request, and that such beliefs/observances/practices are sincerely held and consistently guide and influence your life. Writing "see attached" and only submitting other documents (e.g. statements or letters obtained from the internet or copied) will not be considered compliant and any requests submitted in such fashion will be subject to denial.**

| QUESTION | RESPONSE |
|---|---|
| 1) What is the religion for which you are seeking an accommodation? | I'm a devoted follower of Christ's teachings (Christianity). |

1



| QUESTION | RESPONSE |
|---|---|
| 2) What is the specific sincerely held religious belief, observance or practice for which you are seeking accommodation? | 1 Corinthians 3:17, if anyone destroys God's temple, God will destroy that person; for God's temple is sacred and you together are that temple. I sincerely believe that my body is the temple of God. Additionally described by Romans 12:1 in bible. "And so, dear brothers and sisters, I plead with you to give your bodies to God because of all he has done for you. Let them be a living and holy sacrifice. The kind he will find acceptable. This is truly the way to worship him"<br><br>I believe it is my duty and responsibility to protect my body from unclean source or any unknown source. That's why I don't do drugs, don't smoke cigarettes, don't abuse alcohol, or anything that would destroy the temple of God within my body. Holding these beliefs as scripture is the word of god. |
| 3) Describe the conflict between the religious belief, observance or practice and Sanofi US's requirement to obtain a Covid-19 vaccine. In your own words provide as much specificity as possible, and identify all areas of conflict, including without limitation whether the conflict is with all vaccines, only Covid-19 vaccines, or only specific Covid-19 vaccines. | As indicated above, I consider my body to be God's temple. Protecting it from any unclean or unknown source. I believe that the Word of God forbids us to accept certain things and entities into our bodies, as our bodies are the living temple of the Holy Spirit.<br><br>1- Whereas we do not know the long-term consequences of the Covid Vaccine<br>2 - Whereas we do not understand its long term effects on our bodies (Gods Holy Temple)<br><br>We are forced to err on the side of spiritual caution and refuse to harm our temples in honor of God's Holy Word.<br><br>As an infant / toddler, I may have received proven, tested, and tried vaccinations (prior to my deeper journey into my faith, of which were also out of my control). Additionally, as an adult I have not taken any vaccinations of any kind, and don't plan to going forward to keep my body (temple) pure.<br><br>I believe it is therefore sinful to do something against my sincerely held religious beliefs, of which it is morally wrong to force anyone to do something that violates their conscience. |

2



| QUESTION | RESPONSE |
|---|---|
| 4) Describe how you have adhered to observation of the religious belief, observance or practice in your life and how it impacts other areas of your life. | I read the word of god, and my faith is in god's holy word. I don't believe that the bible is a book, collection of books, etc. I believe it is the divine word of god. We do not understand the COVID-19 vaccination long term effects on our bodies (Gods Holy Temple), as well as the long term consequences of the COVID-19 vaccination. Likewise We are forced to err on the side of spiritual caution and refuse to harm our temples in honor of God's Holy Word.<br><br>Additionally, I protect my body from unclean source or any unknown source. That's why I don't do drugs, don't smoke cigarettes, don't abuse alcohol, or anything that would destroy the temple of God within my body. Holding these beliefs as scripture is the word of god.<br><br>Additionally, following such positive teachings of God has given me an extremely positive outlook on life, great health (god willing), and I would never introduce such elements into my body which could potentially risk the sacred life I live in any shape or form. |
| 5) Describe the accommodation that you propose to eliminate the conflict between your religious belief, observance or practice and Sanofi US's requirement to obtain a Covid-19 vaccine as a condition of continued employment. Include any alternative accommodations that you believe will also eliminate the conflict. | Due to the COVID 19 situation, I have been able to successfully work remotely within roles in both North America and Paris. Between both roles in different countries, this remote setup has gone on for the better part of 2020 / 2021. Quality deliverables were submitted timely, I was able to work directly with my team to collaborate on assignments, and give direction to my direct reports never missing deadlines. I continue to still assist on Paris based tasks plus my own in North America A2R (all while still remote). So to me designation as a remote employee not required to go to the office, will enable me to continue to work at a high level, while ensuring that only vaccinated enter the sites at Sanofi (i.e. Bridgewater, etc.) per Sanofi US policy. This also ensures that my sincerely held religious beliefs are not infringed upon per any such mandate of vaccination. |
| 6) Describe how you can continue to perform the essential functions of your position with each of the proposed accommodation(s). | I have been functioning at a high level over the period of 2020 / 2021 during the Covid crisis  taking on roles in A2R & Group Consolidation which have been performed remotely. Upon joining A2R North America approximately June of this year, we have always been remote and my deliverables have continued to be met at a satisfactory level to required stakeholders. Additionally, with me coming from Paris, I still have assignments that have continued to this day which I still support, and I have been able to perform those tasks (from 2 teams in Paris that I still continue to assist to this day) as well as the demands of A2R North America (including the recent integration of the critical Translate Bio & Kadmon acquisitions). Translate Bio's transaction closed in September, with Kadmon closing this month. For perspective, integrating acquisitions takes months of efforts by various streams (my stream helping to report all financial figures). The integration of these acquisitions will continue into the first half of 2022 at minimum. By being remote, these assignments will continue to be delivered upon, while maintaining a recurring level of communication with i) my supervisors ii) my direct reports iii) my stakeholders. My strategy of regularly having touchpoints with the parties indicated will continue, as my methods so far while remote have led me to be successful and meet all key deliverables expected of me (for multiple jobs at the same time). Without my continuity helping these acquisitions we are at risk of failing to meet tight reporting deadlines required by the Central Consolidation Team (of which resources in North America A2R are already extremely limited). |

3



| QUESTION | RESPONSE |
|---|---|
| 7) If requested, what verification can you provide from a third person to support this request for an accommodation? | I have previously provided a religious exemption letter from a third party speaking to the objections of my faith. Such teachings spoken to are my reasons for such request.<br><br>Speaking to the aspect of my ability to be successful working on multiple projects / streams at one time (all while remote) you can verify with my current supervisor Axel Risse / Tamika Lateef (previous manager in A2R). They can speak to the fact that I am able to perform continuing tasks from Paris (an assignment I left in May and still support to this day) while still being successful with my current full time position and being a dedicated team member while assisting heavily with the recent Translate Bio / Kadmon acquisitions. It is the utmost importance to maintain this continuity with me on the team, and me being remote will ensure no risk to the extremely tight deadlines and deliverables of these projects. With me being remote, I therefore have no direct in person contact with Sanofi bridgewater employees, and likewise not entering the Bridgewater site against company policy (as I am not vaccinated). |
| 8) Is there any other information that you believe will assist in Sanofi US's consideration of your request? | The 1st Amendment of the Constitution has protected these exact claims before the Supreme Court on many occasions. Even State governments have faced this glaring truth during the Covid crisis. They attempted to pass mandates and laws that violated this fundamental principle, only to have their wrong decisions righted before the Courts, with financial penalties.<br><br>While, as Christians, we strive to be at peace with all men and to obey all laws and mandates, we do not do so in violation of God's Holy Laws, of which the protection of my body is one of those spiritual laws that supersedes all manmade laws in my religious conscience.<br><br>These verses are just a few of many that we lay claim to in our Christian faith.<br>Leviticus 11:1-47<br>Deuteronomy 14:1-29<br>Genesis 7:2<br>Romans 12:1 |

**I affirm that the Covid-19 vaccines are contrary to my sincerely held religious beliefs, observances or practices as described in this document, and that my objections to the Covid-19 vaccines are not made on grounds of social, political or economic preferences, or inconvenience.**

**I verify that the information I have submitted in this form is in my own words and complete and accurate to the best of my knowledge.  I understand that any misrepresentation contained in this request may result in disciplinary action, up to and including termination of employment.**

**I also understand that my request may not be granted if it is not reasonable or if it creates an undue hardship for Sanofi US. I understand that any religious accommodation granted now may be reviewed periodically by Sanofi US to ensure it is reasonable and does not create an undue hardship at a later date.  I understand that Sanofi US prohibits retaliation for requesting a religious accommodation, and that if I should have any concerns about retaliation, I will report them immediately to Human Resources.**

Signature: _Walter Szymanski_____     Date: _11/15/2021_____

*Sanofi US refers to all Sanofi entities in the United States.

4

# First Harvest
## ministries
### Presenting the Coming Kingdom

**From The Desk of the General Counsel of First Harvest Ministries**

**RE: Written on behalf of those who share our religious objections**.

To Whom It May Concern.
Reaching back into the long history of the American principle of religious deference and respect, we find an unbroken chain of the rule and the sacred consideration of conscientious religious objection; even our great military affords such respect to American Citizens in times of battle.

This letter is urgently written on behalf of those devout Christians of America, who believe that the Word of God forbids us to accept certain things and entities into our bodies, as our bodies are the living temple of the Holy Spirit. And as such, to ask us to violate these Commandments of our God would force us to choose between human science, so-called, versus our undying faith in the written commands of God! Our complete reverence and devotion is not the frailty of human government but instead to The Almighty Yahweh of Israel. The God by Whom we were created and to Whom we have given the whole of our lives.

We have vowed by our sacred honor to live according to His instructions in the beauty of Holiness. Whereas when the governments of men do not ask us to violate these deeply held truths, we gladly yield and obey.

We refer you to several verses of scripture for our claim of religious objection. In so doing, we would remind you of a time in the future when most of these claims will be brought before the courts when the heat of the moment (The Covid Crisis) gives way to the bedrock principles of the Constitution. Legal precedence proves, In the past, many companies have made the same mistake. While under the pressure of the moment, they gave no serious regard for religious objection nor the future consequences thereof. They have later wished to undo these ill-advised decisions; that violated religious conscience; it never fails; the religious objection is the right of all Americans.

These verses are just a few of many that we lay claim to in our Christian faith.
Leviticus 11:1-47
Deuteronomy 14:1-29
Genesis 7:2
Romans 12:1


1- Whereas we do not know the long-term consequences of the Covid Vaccine
2 - Whereas we do not understand its long term effects on our bodies (Gods Holy Temple)

We are forced to err on the side of spiritual caution and refuse to harm our temples in honor of God's Holy Word.

The 1st Amendment of the Constitution has protected these exact claims before the Supreme Court on many occasions. Even State governments have faced this glaring truth during the Covid crisis. They attempted to pass mandates and laws that violated this fundamental principle, only to have their wrong decisions righted before the Courts, with financial penalties.

While, as Christians, we strive to be at peace with all men and to obey all laws and mandates from a legitimately elected government. We do not do so in violation of God's Holy Laws, of which the protection of my body is one of those spiritual laws that supersedes all manmade laws in my religious conscience.

As an Ordained Christian Bishop, we respectfully present this letter on behalf of those members of our faith for your consideration.



Warmest Christian Regards;

J. Shane Vaughn, Th.D.
Founding Bishop
First Harvest Ministries International




FIRST HARVEST MINISTRIES INTL.
Address: 235 Old Spanish Trail
            Waveland, Ms 39576
Email: brothervaughn@gmail.com
Website: www.firstharvestchurch.org



*Personal and Confidential*

December 14, 2021

*Via Email*

Walter Szymanski
walter.szymanski@sanofi.com

Re:     Request for Religious Accommodation from Covid-19 Vaccine Requirement

Dear Walter,

As set forth in Carole Huntsman's November 12, 2021 communication and Sanofi US'[1] Covid-19 Vaccination Policy, all employees must obtain a Covid-19 vaccine as a condition of continued employment.

Sanofi US is committed to engaging in an interactive dialogue and providing reasonable accommodations to employees who request an exception to the vaccine requirement based on a sincerely held religious belief, observance or practice protected pursuant to Title VII of the Civil Rights Act of 1964, provided that an accommodation would not relieve an employee of performing the essential functions of their role and would not constitute an undue hardship on Sanofi US.

After a careful review, Sanofi US is denying your request.  Sanofi US has determined that providing you an exception to the Covid-19 vaccine requirement would constitute an undue hardship due to the nature and essential functions of your position, which, among other things, require you to be able to enter a Sanofi US site and/or participate in-person at Sanofi US external events and meetings, which is limited to only vaccinated individuals.  Due to health and safety concerns, as of the applicable vaccination deadline only vaccinated individuals, including employees, will be able to enter the Sanofi US site to which you are assigned, as well as participate in Sanofi US in-person meetings, whether held onsite or offsite.[2]

If you wish to appeal this decision, you must submit a request (and any additional supporting documentation) to EmployeeRelations@sanofi.com no later than **5:00 p.m. on December 17, 2021.**

If you do not appeal this decision, your deadline to submit proof that you have obtained the final dose of a Covid-19 vaccine is **12:00 p.m. on January 20, 2022**.  Failure to do so will result in your

---

[1] Sanofi US refers to all Sanofi entities in the U.S.

[2] Although some roles may have been performed remotely during the pandemic, this was a temporary situation resulting from government-imposed restrictions and/or Sanofi US' efforts to protect the health and safety of its employees and to help stop the spread of the coronavirus.

SANOFI

termination of employment effective January 21, 2022.  Please visit vaccines.gov to find vaccination locations near you.

Please do not hesitate to reach out if you have any questions.

Sincerely,

The Sanofi US Employee Relations Team
employeerelations@sanofi.com



**COVID-19 Vaccine Exemption Appeal**

Date: December 15, 2021

RE: Walter Szymanski

I have received an update regarding the denial of my religious exemption request on the following grounds:

"Sanofi US has determined that providing you an exception to the Covid-19 vaccine requirement would constitute an undue hardship due to the nature and essential functions of your position, which, among other things, require you to be able to enter a Sanofi US site and/or participate in-person at Sanofi US external events and meetings, which is limited to only vaccinated individuals. Due to health and safety concerns, as of the applicable vaccination deadline only vaccinated individuals, including employees, will be able to enter the Sanofi US site to which you are assigned, as well as participate in Sanofi US in-person meetings, whether held onsite or offsite."

I believe that the basis of this denial of my religious exemption request is grossly flawed, as it does not foster nor align with Sanofi's core values in creating a safe inclusive space for ALL regardless of religion or medical history.

Since the COVID-19 pandemic came to existence, I have been working remotely for most of 2020 / 2021. This requires me to regularly attend meetings which were all conducted remotely on zoom / Microsoft teams. There never was a topic of limitation as a result of this "new way of working".  Nothing in my current role has required me being onsite as business critical. This argument of mandatory site access could be relevant if I was a member of a production site, however within A2R we are performing accounting tasks, all of which are done via our computer and are fully capable of being done effectively in a 100% remote capacity.

Please be mindful, that even though I left my Paris based assignment in May 2021 (working with Global Stakeholders), **I still continue to support them perfectly in a remote capacity**. Even though fully remote with global colleagues, I've continued to support them, and they heavily count on me for their projects / efforts to this day. As a global expert in Fixed Assets / Lease Accounting, this means supporting 80 + countries to this day regarding topics they have on our reporting tool (Nakisa). I'm essentially the last remaining global expert on this tool as of December 2021 (having implemented the tool in 2019, and helped design central accounting policies affiliates follow to this day). Additionally my current organization, A2R North America has been fully remote since March 2020, and there has been no impact on workload throughout this time. Since March 2020 Sanofi has repeatedly made additional acquisitions

for North America (i.e. Kadmon, Translate Bio, Principia, etc.) and therefore more workload on A2R as we submit all packages to the Central Paris Team (currently about 48 packages as of Dec 2021).

I work 70 hours per week on average (including weekends) to ensure Kadmon / Translate Bio acquisitions efforts are complete, in addition to my ongoing tasks in A2R and Central level. I must stress to you that as an expert in my field (Leases & fixed asset accounting) along with being a key contributor to Kadmon / Translate Bio acquisitions, in actuality Sanofi US is creating "undue hardship" to my fellow colleagues / stakeholders working with me in that if my **reasonable accommodation request of working fully remote** is not able to be agreed to, these colleagues will have to absorb this vast workload. As you may be aware, overwork and burnout is a key indication of an employee wanting to find outside opportunities, and my potential departure will be directly contributing to this for others. A focal point of the recent Global Town Hall was employee burnout (of which overwork was also the highest designated employee grievance as a result of our recent Employee survey results shared this week from leaders). My severance from the company will further contribute to employee burnout in North America A2R as the teams are already heavily overworked and have had extreme challenges hiring colleagues in a timely basis. As evidence of the survey results, please see below screenshot:

**Source "Workday Peakon Employee Voice" survey results as of Dec 14, 2021**



Please be aware that per survey results, overwork / burnout is a significant concern of the entire A2R North America organization. Per results, 10 survey participants had an unfavorable opinion on the workload, vs. only 2 that had positive / neutral experiences. This is a significant concern!

Additionally, you are citing that "Due to health and safety concerns, as of the applicable vaccination deadline only vaccinated individuals including employees, will be able to enter the Sanofi US site". I have made clear in my religious exemption letter that the basis for my exemption request from the COVID-19 was due to my faith and religious beliefs. As quoted in my religious exemption letter "1 Corinthians 3:17, if anyone destroys God's temple, God will destroy that person; for God's temple is sacred and you together are that temple". I sincerely believe that my body is the temple of God. Additionally "Romans 12:1 in the bible states "And so, dear brothers and sisters, I plead with you to give your bodies to God because of all he has done for you. Let them be a living and holy sacrifice. The kind he will find acceptable". This is truly the way to worship him. As Christians, it's a tenant of our faith to not knowingly put something into our bodies which could cause harm (God's holy temple).

However, per the below Vaccine Adverse Events Reporting System (i.e. VAERS) as of December 3, 2021, clearly there is significant data contributing to the fact that the **COVID-19 vaccine has exhibited many serious side effects** including death, hospitalization, permanent disability, and other side effects that could potentially damage my body (God's temple).

https://openvaers.com/covid-data





As such, knowing the vast risks indicated above (many of them permanent), we as Christians are forced to err on the side of spiritual caution and refuse to harm our temples in honor of God's Holy Word.

In issuing such vaccine mandates by Sanofi, this is clearly forcing employees to be vaccinated or lose their jobs & livelihood. I point you to the book of Revelation 13:17 in the Bible and I quote "That no man might buy or sell, save he had the mark, or the name of the beast". The bible says that no Christian will take the mark of the beast. While the COVID-19 vaccine and its related mandates globally may or may not be the mark of the beast spoken to in the bible, it has similar characteristics of being evil in nature in forcing somebody to choose between something that could possibly kill or harm them (God's holy temple) and being able to make a living.

In closing due to my sincerely held religious beliefs and objection to the COVID-19 vaccination I have requested a reasonable accommodation request to ensure that I'm able to continue supporting the ongoing projects and assignments **by being designated as a fully remote worker**, while ensuring that only vaccinated employees enter Sanofi's US sites. The evidence is clear that there is a possible risk of serious injury and side effect from this vaccine, of which further long-term effects will continue to be identified in time. Additionally I have shared that without my support, Sanofi US A2R risks further burnout to the teams which needs to be addressed. I hope that Sanofi US is reasonable in accepting my requested reasonable accommodation of being fully remote so that both my teams will be supported, and my religious beliefs not violated in being forced to choose between a potentially harmful vaccine or my livelihood.



***Personal and Confidential***

January 6, 2022

*Via Email*

Walter Szymanski
walter.szymanski@sanofi.com

Re:    Appeal of Denial of Request for Religious Accommodation from Covid-19 Vaccine
       Requirement

Dear Walter,

As set forth in Carole Huntsman's November 12, 2021 communication and Sanofi US'[1] Covid-19 Vaccination Policy, you must obtain a Covid-19 vaccine as a condition of continued employment.

Sanofi US is committed to engaging in an interactive dialogue and providing reasonable accommodations to employees who request an exception to the vaccine requirement based on a sincerely held religious belief, observance or practice protected pursuant to Title VII of the Civil Rights Act of 1964, provided that an accommodation would not relieve an employee of performing the essential functions of their role and would not constitute an undue hardship on Sanofi US.

As set forth in a letter previously sent to you, Sanofi US denied your request for a religious exception to the vaccine requirement. You requested an appeal of that decision. Sanofi US reviewed your original request as well as any additional information you submitted. The appeal review involved higher level HR personnel. After review, Sanofi US is upholding its denial of your request for an accommodation for the reasons set forth in the original denial letter provided to you. This decision is final.

As such, you will be required to submit proof that you have obtained a Covid-19 vaccine as a condition of continued employment with Sanofi US. In order to allow you sufficient time to obtain a Covid-19 vaccine of your choice, Sanofi US requires that you submit proof that you have obtained the **first dose** of either the Moderna or Pfizer Covid-19 vaccines, or the single-dose J&J Covid-19 vaccine, by **12:00 p.m. on January 20, 2022**. Failure to do so will result in the termination of your employment. However, based on the current circumstances, Sanofi US has decided to extend your termination date (if you fail to comply with the vaccine mandate) until the date that the company implements its Flexible Work Guidelines[2]. At this time, Sanofi US has identified **February 7, 2022** as that potential date. If the company further delays implementation of its Flexible Work Guidelines

---

[1] Sanofi US refers to all Sanofi entities in the U.S.
[2] The Flexible Work Guidelines require employees to work in their assigned office two to three days per week.



you will be informed of any impact on your separation date.  Until any separation date, you will continue to work virtually (no Sanofi US site access or participation in offsite meetings) between now and your separation date.

If you do submit proof of receiving the first dose of either the Moderna or Pfizer Covid-19 vaccine by January 20, 2022, you will also be required to show proof of your scheduled appointment to receive the second dose, and then must upload proof of receiving the second dose no later than one (1) business day thereafter.  Failure to submit such proof will result in the termination of your employment.  Please visit vaccines.gov to find vaccination locations near you.


Sincerely,

The Sanofi US Employee Relations Team
employee.relations@sanofi.com



---

C O N F I D E N T I A L

---

| | | | |
|---|---|---|---|
| **Date:** | **February 25, 2022** | **From:** | Axel Risse |
| **To:** | Walter Szymanski | **Copies:** | Laurence Vitalis |
| **Subject:** | **Notification of Termination** | | Dan Kimmel |

---

This letter is to inform you that your employment with Sanofi US Services Inc. (together with its US affiliates, the "Company") will terminate effective February 25, 2022 due to failure to comply with the Company's Covid-19 vaccine mandate applicable to your role, which as set forth in Carole Huntsman's communication (and other communications) was a condition of continued employment. As of this date, you will no longer be authorized to represent the Company in any matter.

Per Company policy:

1. Your health and dental insurance benefits will continue until February 28, 2022. Beyond that date, you are eligible to continue health coverage under the federal COBRA. Your rights to continue coverage under COBRA will be provided to you under separate cover.
2. You will be paid for your accrued, but unused, vacation time. This amount is typically included in your final paycheck; however, it may be paid out on the following payroll period pay date.
3. Final paychecks are paid in accordance with individual state law, typically on the next available pay date.

Please refer to the following page for offboarding information. Should you have further questions, you may contact the Human Resources Operations team at: NorthAmericaHROperations@sanofi.com

_____          2/25/22
Axel Risse                                                Date

---

FOR USE IN US ONLY                                                                                        1



## OFFBOARDING INFORMATION

**Expenses**

All outstanding expenses must be submitted to your manager in the Concur expense reporting system https://www.concursolutions.com. Your account will become inactive the Wednesday following your last day. If you are not able to sign into Concur, please send an email to ConcurExpenseSupport@sanofi.com to have your account re-activated. You can use your personal computer to submit the expenses.

**ITS Equipment**

- All Company property must be returned (laptops, desktops, smartphones, and iPads). Sanofi US does not collect printers, they can be kept by the user or disposed following your local disposal guidelines.
- If you are a field sales employee, you will be contacted by a representative from Iqvia (formerly Buzzeo), a Company vendor, to schedule the collection of all company property. If you have not been contacted, please email Call Coordinator (IT) at callcoordinator@sanofi.com to schedule an asset return.
- If you are an office-based employee, please contact Call Coordinator (IT) at callcoordinator@sanofi.com to schedule an asset return. Onsite Support (OSS) will ship a box. Please provide your name, Sanofi ID, shipping address, and a phone number.

**Personal items**

To pick up any personal items left in your locker, please contact your manager. You will be escorted by your manager to retrieve your belongings. If your manager is not located in the location where you were employed, your manager can assign someone within your group to escort you.

**Badges, keys, and parking tags/Decals**

Manager/delegate collects security badge, keys and parking tag/decal or you have the following options:
• Return items to local security department
OR
• Ship to the following location:
Sanofi
55 Corporate Drive
Security Department
Bridgewater, NJ 08807
If you have any questions about returning personal items, please contact security at securitynabadging@sanofi.com

**Verification of employment**

If you require verification of employment, please contact The Work Number: 1-800-367-5690 or www.theworknumber.com

EEOC Form 161-B (01/2022)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  **WalterA Szymanski**<br>**87 Tuella Avenue**<br>**Elmwood Park, NJ 07407** | From:  **Philadelphia District Office**<br>**801 Market St, Suite 1000**<br>**Philadelphia, PA 19107** |

| EEOC Charge No.<br>**530-2023-01919** | EEOC Representative<br>**Legal Unit** | Telephone No.<br>**267-589-9707** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

> Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

> The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Karen McDonough
12/23/2022

Enclosures(s)

**Karen McDonough**
**Deputy District Director**

cc:

**Daryl Kipnis**
**Kipnis Law Offices**
**280 Medford Mt Holly Road**
**Medford, NJ 08055**

Enclosure with EEOC
Form 161-B (01/2022)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*